# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Anthony R. Boykin )
_____ )
　　　　Plaintiff )
 )
C/O 　　vs. Davis )Case No. _____
Rod R. Blagojevich )
Associate Warden M. Hardy )
AIW J. Mathy )
Warden E. Jones )
Roger E. Walker, Director )
_____ )
　　　　Defendant(s) )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____
_____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

　　　Now comes the plaintiff, __ANTHONY BOYKIN__, and states as follows:

My current address is: __PONTIAC CORRECTIONAL CENTER__
_____

The defendant __C/O DAVIS__, is employed as __Correctional Officer__ at __Pontiac Correctional Center__

The defendant __Rod E. Blagojevich__, is employed as __Governor__ at __State of Illinois__

1

The defendant _Marcus Hardy_, is employed as _Associate Warden of Programs_ at _Pontiac Correctional Center_

The defendant _Eddie Jones_, is employed as _Warden_ at _Pontiac Correctional Center_

(revised 9/96)

The defendant _Joseph U McAthy_, is employed as _Associate Warden_ at _Pontiac Correctional Center_

The defendant Roger E. Walker is employed as Director at IDOC

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
     Yes ☒    No ☐

C. If your answer to B is yes, how many? _1_ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:
     Plaintiff(s) _Anthony Boykin_
     Defendant(s) _Dr. Sylvia Mahone_

  2. Court (if federal court, give name of district; if state court, give name of county)

2

3. Docket Number/Judge

4. Basic claim made  Denial of Medical Treatment

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  Dismissed for not Paying filing fee

6. Approximate date of filing of lawsuit  3-22-07

7. Approximate date of disposition  4-17-07

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐   If your answer is no, explain why not

Yes

C. Is the grievance process completed?   Yes ☑   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

3

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

Attached are:

a) Grievance 12-16-07
b) Grievance Response from Counselor Guth 12-17-07
c) Grievance officers Report 12-19-07 and Chief Administrative Officers Response 2-4-08
d) Offenders Optometric Examination 12-14-07
e) Memorandum from AW D V. Mathy 2-25-08
f) Plaintiffs Motion for Temporary Restraining Order
g) Plaintiffs letter to ARB dated 3-3-08

4

TO: Counselor

N-719

# Illinois Department of Corrections
## Committed Person's Grievance

| | | |
|---|---|---|
| Date: 12-16-07 | Committed Person (Please Print): A. Bolton | ID#: K55358 |
| Present Facility: Pontiac | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): safety & security
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Pontiac CC has not sold toothpaste in tubes since at least April 2007 because inmates squirt substances on staff and inmates (Not selling tubes of toothpaste tubes serves the financial needs of the IDOC because I believe the packs of Colgate are sample packs) Since April 2007 how many staff and inmates have had feces, urine, magic shave, soap, blood & semen thrown on them? On 12-14-07 I was assaulted by a compound liquid substance in my face by the inmate who used to be in N720 as witnessed by C/O Davis. My right eye was injured - I was seen by the eye doctor who flushed my eye.

**Relief Requested:** $75,000 - Move me behind a door with plexiglass and for all segregation to have plexiglass on all doors to prevent further injury to myself by inmates throwing liquid.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature: _[signature]_  ID# 255358  Date: 12/16/07

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 12/17/07
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Items for sale at the commissary is an administrative decision based on safety, security and penological concerns. The placing of plexiglass on all doors is an administrative decision. If you wish to speak to Internal Affairs I would suggest you make this request in writing to them.

Print Counselor's Name: Dennis Guth
Counselor's Signature: _[signature]_
Date of Response: 12/17/07

### EMERGENCY REVIEW

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

Distribution: Master File; Committed Person  Page 1  DOC 0046 (Eff.10/2001) (Replaces DC 5657)
Printed on Recycled Paper

5

and prescribed eye drops for 2 weeks. I believe 100% prison officials at Pontiac CC as well as the Directors office in Springfield have been deliberately indifferent to pain and suffering as well as the serious risk of Permanent Injury to the Permanent injury to any person having nasil shave thrown into ones eyes. Not to mention the possibility of contracting AIDS or HIV if an inmate diagnosed decides to throw bodily fluids. I don't think its unreasonable to put Plexiglass on all doors and bars to prevent staff and inmates from being assaulted. Also think about all the known inmates at Pontiac who have assaulted staff and inmates in the manner described herein who have repeated acts such as the inmate who assaulted me. That inmate should be at Tamms! Sad to say the powers that be would rather sale colgate packs to inmates but not spend money on Plexiglass to stop the assaults completely. I'm certain any inmate who knows constitutional law can litigate this serious issue and get every piece of data dealing with this to show outrageous deliberate indifference by the IDOC, i.e. all Wardens, the director who are responsible for protecting staff and inmates. Prison officials have a duty to take reasonable steps to protect inmates from physical abuse at Pontiac Seg. Prison officials have not taken reasonable steps to protect inmates or staff from being assaulted in the manner I was on 12-14-07 or the previous other inmates or staff before me. God willing this can be resolved before others are assaulted.

# and copy to Attorney verified by 4c Morbach
# and copy sent to Counselor Flex verified by 4c Morbach
Plus I want to talk to IA to press criminal charges.

BOSWEL[L]
DEA# BB5804542
[?]·1-888-688-3288
RX #  6884986      12/17/07 12/31/07 MONTWILL, EDW
N719   BOYKIN/A, R55358
INSTILL 1 DROP RIGHT EYE  *REFILL 7 DAYS BEFORE 12/17/07
FOUR TIMES DAILY X 14
DAYS

5 ML

NEO/POLYMYXIN/DEXAMETH DR
GENERIC FOR: MAXITROL EYE DROPS 24208-0830-60 BSCH&
SI JMM BJB  PCCN       PONTIAC CORR CTR - N

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

**Date Received:** December 19, 2007  **Date of Review:** January 16, 2008  **Grievance #** (optional): 046548

**Committed Person:** Anthony Boykin    **ID#:** R-55358

**Nature of Grievance:** Other

**Facts Reviewed:** Offender grieves "Pontiac CC has not sold toothpaste in tubes since at least April of 2007 because inmates squirt substances on staff and inmates (not selling tubes of toothpaste tubes serves the financial needs of IDOC because I believe the packs of toothpaste are sample packs)". Grievant than states "many staff and inmates have had feces, urine, magic shave, soap, blood and seman thrown on them as he had". Grievant than expounds on his assault by another inmate 12-14-07 by having a liquid substance thrown on him which was witnessed by C/O Davis. Grievant staes his right eye was injured, was seen by doctor, and prescribed eye drops. He than states he believes that "prison officals as well as Springfield have been indifferent to pain and suffering of inmates. Grievant states he believes plexiglass should be placed on all cell doors and bars to prevent these attacks. He further indicates "the powers that be would rather sell colgate packs to inmates but not spend money on plexiglass to stop these assaults completely.

Counselor's response indicates items for sale at the commissary is an administrative decision based on safety and security and penological concerns. The placing of plexiglass on all doors is an administrative decision. If you wish to speak to Internal Affairs I would suggest you make this request in writing to them.

This Grievance Officer reviewed the above correspondence and basically concurs with response of the counselor. A review of an incident report dated 12-14-07 verifies assault of the Grievant and medical treatment given. This Officer notes that plexi-glass shields are put on certain cell doors when administrative determines the need. This Officer further notes items purchased and sold by facility Commissary is not a determination made by staff but by administration in Springfield. This being the case no further action or review is warranted by this Grievance Officer as per DR 504 (Administrative Policies).

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED as the issue is of administrative decision. Per DR 504 (Administrative Policies) no further action or review is warranted by this Grievance Office.

P. Hastings CCII
Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 2-4-08    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Eddie Jones    2-4-08
Chief Administrative Officer's Signature    Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Anthony R Boykin    R55358    2-13-08
Committed Person's Signature    ID#    Date

7

Distribution: Master File; Committed Person    Page 1    DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination
**Pontiac Correctional** Center

☐ Baseline  ☐ Annual
Date: 12/14/07
Time: 12:47 ☐ a.m. ☐ p.m.

Offender Information:
Last Name: BOYKIN  First Name: ANTHONY  MI: ___  ID#: R55358

**Chief Complaint:** I/M STATES ANOTHER I/M THREW COMISO

**HPI:**
- Location: OF MAGIC SHAVE/SOAP/UR
- Duration: X 1 BOUT 10 X/nh TODAY
- Onset:
- Severity:
- Timing:
- Modifiers:

**Ocular History:** N (R) EYE
- ☐ Cataracts:
- ☐ Glaucoma:
- ☐ Disease:
- ☐ Trauma/Surgery:
- ☐ Strabismus:
- ☐ Amblyopia:

**Medical History:** ☐ NIDDM  ☐ IDDM  ☐ Hypertension  ☐ Other:

**Visual Acuity:** Uncorrected Distance (circled)
- ☐ OD 20/200  ☐ OS 20/40-  ☐ OU 20/40-
- Uncorrected Near: ☐ OD 20/  ☐ OS 20/  ☐ OU 20/

**Habitual Rx:** OD ___ 20/ ___ Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Refraction:** OD ___ 20/ ___ Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Near:** OD ___ 20/ ___ Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal  **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT  OD ___ OS ___ Time: ___

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ✓ | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

NO CORNEAL STAINING
NO INJECTION/CHEMOSIS

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | | | | | ☐ Direct |
| Vessels | | | | | ☐ BIO |
| Macula | | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: |

Cup to disc: OD ___ OS ___  Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow  ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. MILD CONJUNCTIVITIS
2. INSTILLED NEOSPORIN UNG (R) ONLY 1X ONLY
3. R MAXITROL TOP OD QID 14 DAYS
4. FOR PROPHYLAXIS  ONLY
5.

**Medications Ordered:**
**Eyeglasses Ordered:** Frame: ___ Size: ___ Color: ___
Rx: OD ___ Add: ___ Seg Height: ___
OS ___ ☐ SV ☐ FT28 ☐ Reading Only  PD ___

Edward L. Montwill, OD
Print Doctor's Name

Doctor's Signature

Follow-Up: PRN
Date: 12/14/07

Distribution: Offender's Medical Record

DOC 0081 (Eff. 9/2002)



**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## MEMORANDUM

DATE:       February 25, 2008

TO:         Anthony Boykin, R55358
            N719

FROM:       Joseph V. Mathy
            Assistant Warden of Operations

SUBJECT:    Recent Correspondence

I reviewed the incident report and ticket concerning this matter. The liquid thrown on you was of unknown origin. Nowhere is it described as magic shave. Proper procedure was followed.

Joseph V. Mathy
Assistant Warden of Operations

JVM/kmb

xc:    File, Chron File

Administrative Review Board
P.O. Box 19277
Springfield, IL, 62794-9277

March 3, 2008

I sent my appeal to grievance 046548 on 2-13-08 regarding the administrative decision to not protect inmates and staff from having substances (known and unknown) thrown on them. My purpose for writing is I have submitted a civil rights complaint with a motion for Temporary Restraining Order Injunctive Relief Ordering Prison officials to put Plexi glass or steele doors on all cells within the IDOC to prevent what has been happening in Pontiac even before I arrived. Considering what happened with the inmate in N517 on 2-29-08 and the statements made by other staff I feel its in the best interest of all inmates and staff that the ARB immediately respond to the grievance before any other inmates or staff are assaulted.

Sincerely,
Anthony L. Boykin

P.S. Lt. Seip, is perpetuating the violence by not moving inmates who assault inmates by housing them both on the same gallery. Divide and conquer. See how he likes it when he is named as a defendant by inmate Cole when he becomes a party to this lawsuit

10

# STATEMENT OF CLAIM

Place of the occurrence  Pontiac Correctional Center

Date of the occurrence  12-14-07

Witnesses to the occurrence  C/o Davis

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 12-14-07, C/o Davis, the gallery officer passed out magic shave to inmates while we were still in our cells. I am housed in cell 714-N, as I was being escorted to the shower, inmate in cell N720 threw the mixture of magic shave, urine, feces, blood and soap out of a styrofoam cup through the perforated steel door striking me in my right eyes causing my eye to start burning. I was rushed to the shower where I was allowed to wash as much as I could out of my eye. This was approximately 10:30-11:00 am. I was then escorted to the health care at approximately 12:47P. Dr. Edward L. Mortwill, D.O. stated on the examination form my chief complaint of having had "magic shave, soap, urine throw in (R) eye." Neo/Polymixin/Dexameth OR eyedrops were prescribed for 14 days. After arriving back in North house plaintiff was allowed to speak with

11

Officer Davis and Lt. Step. Plaintiff was again told that every thing except feces was in the liquid thrown. Several statements and documents were read and provided to Plaintiff verifying these statements and conversation. Plaintiff additionally stated he would sue The IDOC. On 12-16-07 The initial Grievance was turned in and responded to by the counselor on 12-17-07. The Grievance officers response was provided on 12-19-07 and concurred by the Warden Eddie Jones on 2-4-08. On 2/12/08 it was appealed to the ARB on 2-25-08 Plaintiff notified. An Mosley responded that he read the incident report of 12-14-07 and the substance was of unknown origin and that proper procedure was followed. Plaintiff alleges that C/O Davis violated Plaintiffs 8th Amend. Right and 14th Amend Right by giving medic shake out while the inmate was in his cell. Plaintiff alleges that all supervisory officials are deliberately indifferent to Plaintiffs right to be protected from violence at the hands of other inmates by not having Plexiglass on all doors on 7 Gallery. The Grievance officer states that it is the administrative decision not to place Plexiglass on all doors. Therefore those administrators are deliberately indifferent to the pain and suffering caused by other inmates assaulting other inmates and staff by throwing caustic/toxic substances on others. Feces is a toxic substance as well and can lead to Hepatitis A, B, and C as well as HIV and AIDS once thrown onto others. Prison administrators failure to acts is allowing inmates to injure other inmates and staff at will. A risk and threat to Plaintiffs health and safety.

12

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1. Injunctive Relief ordering Prison officials at Pontiac and any other correctional institution to either place Plexi Glass, solid steele doors or any other reasonable Protective surface to stop inmates from having free reign of terror to throw whatever whenever they choose onto other inmates and staff.
2. $150,000.00 compensation damages
3. $100,000.00 Punitive damages

**JURY DEMAND**  Yes ☑  No ☐

Signed this  2  day of  March , 2008.

Anthony R. Boykin
*( Signature of Plaintiff)*

| Name of Plaintiff: Anthony R. Boykin | Inmate Identification Number: R55358 |
|---|---|
| Address: | Telephone Number: |

13