UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Anthony R. Boykin,                )
                                  )
    Plaintiff,                    )
                                  )
    vs.                           )  No. _____
                                  )
Rod R. Blasojevich, et al,        )
                                  )
    Defendant(s)                  )

MOTION FOR APPOINTMENT OF COUNSEL

1.   I, Anthony R. Boykin, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit: have written to three attorneys and am awaiting responses

3.   In further support of my motion, I declare that (check appropriate answer):

   ✓    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   _____ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

14

4. In further support of my motion, I declare that (check appropriate answer):

    ✓     I have attached an original application to proceed in forma pauperis detailing my financial status.

    ___     I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

    ___     I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Anthony R. Booth_ (signature)
Movant's Signature

_Pontiac CL_
Street Address

_____
City/State/Zip Code

Date: 3-2-08

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____
_____
_____
_____
_____

(Authorized Officer)

(Institution)

(Title)

DATE _____

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

16

3