# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Anthony R. Boykin** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO.:08-1060** |
| . Davis, et al | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Pontiac Correctional Center at Pontiac, Illinois.

**WE COMMAND** that you produce the body of **Anthony R. Boykin**, Register No. **R55358**, in your custody at Pontiac Correctional Center before the United States District Court via the video conference site at Stateville Correctional Center, Joliet Illinois on **April 16, 2008 at 1:30 PM (NOTE:  All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: March 4, 2008

PAMELA E. ROBINSON, CLERK

UNITED STATES DISTRICT COURT

BY:     S/ T. Kelch

Deputy Clerk