# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Anthony R. Boykin R55358 v. . Davis, et al | CASE NO. 08-1060 | Beginning Date of Hearing: 4/16/08 at 1:30 PM | Type of Hearing: Merit Review  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF STATEVILLE CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Anthony R. Boykin | R55358 | Stateville Corr Center | 4/16/08 | 1:30 PM |
|  |  |  |  |  |
| Judge Baker | n/a | Federal Courthouse, Urbana, IL | 4/16/08 | 1:30 PM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    March 4, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ T. Kelch
      DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden of Stateville Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98