**E-FILED**
Tuesday, 04 March, 2008  01:43:10 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

PAMELA E. ROBINSON
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 4, 2008

INMATE NAME AND #Anthony R. Boykin
R55358

CASE NUMBER. 08-1060

Trust Fund Department
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **9/3/07-3/3/08**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court

cc: Inmate