UNITED STATES DISTRICT COURT
C. DISTRICT OF ILLINOIS

| | |
|---|---|
| Anthony R. Boykin<br>Plaintiff<br>vs.<br>C/O Davis, et. al.,<br>Defendants | CASE NO. 1:08-CV-01060<br>Plaintiff's Submission of Affidavit & Emergency Grievance of Inmate Christopher Thomas In Support of Class Certification<br>Affidavit of Inmate Devon Johnson and letter to Sen. Meeks |

Plaintiff, Pro se, respectfully submit the above entitled document in support of Plaintiff's Motion for TRO and Class Certification. This submission is made and based upon all prior pleadings, papers and documents on file herein.

<u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury I mailed a true original to Pontiac CC Law Library for E-filing this 11 day of 3, 2008

Anthony R Boykin

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| | | |
|---|---|---|
| Date: 3-10-08 | Committed Person (Please Print): Christopher Thomas | ID#: B-36049 |
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Violation of my 8th Amendment

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I'm filing this grievance because I'm housed in North Seg in Pontiac, for charges I did not committ, this grievance is in support of the imminent danger I'm placed in being in the North House. Inmates have state out of there mouth that they will throw urine and feces in my face as I walk down the gallery. This prisoner does not want water thrown on him unless he's in the shower. I feel my life is being threatin every time I walk up and down this gallery, thats not fair to me or to the correctional officer that has to escort me. I ask him every time if I could walk closer to the window.

**Relief Requested:** To be transferred out of the North house for my safety.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Christopher Thomas_    B36049    03/10/08
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

### EMERGENCY REVIEW

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff 10/2001)

STATE OF ILLINOIS          )
                           )SS
COUNTY OF                  )

### AFFIDAVIT

I, Christopher Thomas B36049  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

On 3-6-08 I was bought from S.P.C. to North House Seg. And the first thing I heard my next door niehbor say was that he spit in someone face that lived a few cages down. And how someone upstairs had magic shave thrown in his face while being escorted to the shower.

I overheard Warden E. Jones telling someone upstairs that He (the administration) can put us inmates anywhere he wants, that he don't care about inmate assaulting other inmates, as long as his staff don't get assaultted.

I don't feel safe here in North Seg. cause I don't want feces or urine or any other unknown liquids thrown on me.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 10 day of March, 2008.

_____
Christopher Thomas
                       Affiant

DeVonn Johnson
B84676
P.O. Box 99
Pontiac, IL 61764

STATE OF ILLINOIS  )
                   )SS
COUNTY OF          )

### AFFIDAVIT

I, DeVonn Johnson, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I am writing this affidavit on behalf of Mr. Boykin. I witness a guard give a inmate Maggic shave that was thrown on inmate Boykin.

I fear for my will being and personal health and saftey, because at any given time some one could throw something out of their cell on me.

I ask that the courts force Pontiac prison to put some type of plastic over the cells to protect inmates from inmate.

I want to inform the court that Pontiac staff may try and retaliate against me and any other whom is seek justice from the courts on this matter — EOR —

3-11-2008

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 11th day of March, 2008.

Devonn Johnson B84676
P.O. Box 99
Pontiac, IL 61764
                                                Affiant

JAMES T. MEEKS, SENATOR
2050 E. 159TH STREET
CALUMET CITY, IL. 60409

3-11-08

Dear Senator,

I am writing to you regarding a very serious issue that is and has always been a safety hazard and condition that I must bring to your attention.

Inmates have a constitional right to be Protected from violence at the hands of other inmates. The United States Supreme Court says so. I'm not going to Pre-judge you of what your answer is going to be. Just Please aknowledge the fact that Politics are designed to Protect the "system". The Judicial system, legislative system, The Police, The Governor, The Director of Prisons and The Wardens all work together. Pontiac Correctional Center is outdated as is Stateville and Manard.

I already Know I could Possibly lose my life fighting an unjust system. Why else would I be in the State of Illinois from Nevada and I have never been convicted of any crime in the State of Illinois? Because of the racist system in Nevada. I'm certain you are not concerned enough to send me the name of the two Senators and their addresses. I'm Certain you are not concerned enough to request them to Provide you copies of the DVDs of 10-17-05, 10-26-05, 6-1-06, 6-5-06 and 6-13-06 which should make your blood boil as a Black Man Let

see reverse

alone as a Senator my chief concern is my life. I'm writing you so you will know in case something happens to me. Why would you not be concerned about Prison Administrators allowing violent inmates to throw feces, urine, blood, semen, soap and any and everything else on staff and inmates alike at Pontiac? I have submitted grievances to the appropriate Prison officials as well as having spoken to Wardens Mathy and Jones about those substances being thrown on me on 12-14-07. That's assault as defined by the law. Why wouldn't you as a Senator communicate with these Prison Administrators to put Plexi glass and/or steele doors on all the doors at Pontiac to protect the law abiding staff and the inmates who are trying to go home. I have enclosed a copy of the Grievance ~~redacted~~ officers Report dated 12-19-07 # 046548. I have also filed a lawsuit that in hoping will be certified a class action. See 1:08-CV-01060-HAB-JAG. It would be a shame if you didn't do the correct thing. What if you were assaulted? You would want the same thing I and every other staff and inmate wants. Equal Protection of the law!

Original: HAB-JAG  
cc: Sen. Meeks  
cc: my file

Sincerely,  
A. Boyle  
3-11-08