E-FILED
Friday, 14 March, 2008  01:54:59 PM
Clerk, U.S. District Court, ILCD

Case No. 1:08 cv-01060
HAB-JAG - BOYKIN v. DAVIS et al

UNITED STATES DISTRICT COURT
DISTRICT OF ~~ILLINOIS~~

ANTHONY BOYKIN
            Plaintiff
       vs
C/O DAVIS, et. el.,
            Defendants

Plaintiffs Submission of Grievance,
letter to Grievance officers
Pat Hasting re: Grievance
Submitted 2-9-08 and Offender
Disciplinary Report of 2-29-08
and Affidavit of Plaintiff

Plaintiff, Pro Se, respectfully submit the above mentioned
documents in support of Plaintiffs Motion for Temporary
restraining Order filed in this case. These documents
are made and based upon all Prior Pleadings, Papers and
documents on file herein and for the hearing set for 4-16-08

CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I submitted this
document with the above mentioned documents to
Pontiac CC law Library for E-filing.

                                    Anthony Boykin

I further certify and testify inmate D. Johnson
Provided me with the Disciplinary report for this
Purpose.

Pat Hastings

TO: Grievance office          FROM: Anthony Boykin #R55358 N719

3-5-08

    You recieved my grievance which was initially submitted 2-9-08 and responded to by counselor Groth on 3-3-08. I and the court would appreciate a respance from you so that I can forward it to Springfield for a respance Prior to the court hearing relevant to that complaint and the grievance #046548. A civil complaint has been filed and a motion for temporary Restraining order. The case No is 1:08-cv-1060. Boykin v. Davis. The court issued a Writ of Habeas Corpus Testificandum ~~crossed out~~ to Pontiac CC to transport me to Stateville CC for a merit review hearing scheduled for 4-16-08. Considering that, I know it will be in the best interest of the defendants and a good faith showing if you immediately respond to the grievance so that it can be forwarded to Springfield for thier respance and available for the court Proceeding at 4-16-08.

        Sincerely, A. Boykin

Pat Hastings, CC II
Roger E. Walker, Director IDOC
Judge Harold A. Baker


    P.S. I don't presume to speak for the Court, but the court felt it was in my best interest to be transferred away from Pontiac CC.

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 2-9-08 | Committed Person: (Please Print) A. Boykin | | ID#: R55358 |
|---|---|---|---|
| Present Facility: PONTIAC | | Facility where grievance issue occurred: PONTIAC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 12-14-07 inmate Rasho Ashoor #B38970 got some magic shave from C/o Davis while in his cell. Inmate Ashoor he mixed the magic shave with urine, feces, magic shave, blood and semen which he threw in my face burning my right eye. magic shave is a toxic substance as defined by the orientation manual. According to warden ⬛⬛ magic shave is only to be given out to inmates once in the shower to prevent it from being mixed and thrown on inmates or staff. C/o Davis violated Policy. I have witnesses that C/o Davis violated Policies and feel disciplinary action should be taken and I am entitled to financial compensation. Plus Ashoor has a violent assaultive history at Pontiac which makes Pontiac official liable. He should always be behind a steele door! *$150,000 for the violation of my constitutional rights and injury to my right eye.

Relief Requested:

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Anthony Boykin | 255358 | 2,9,08 |
|---|---|---|
| Co¼ Made   Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 2/14/08    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This counselor has repeatedly tried to contact C/o Davis with no success. This counselor was told today (3/3/08) by the shift commander that C/o Davis will be on leave for another (2) weeks. To prevent any further delay in the grievance process, this counselor is returning this grievance to you. You may forward to the Grievance Officer if you wish,

| Print Counselor's Name Dennis Couty | Counselor's Signature Dennis Couty | Date of Response 3/3/08 |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature    Date

**STATE OF ILLINOIS**          )
                               )SS
**COUNTY OF**                  )

## AFFIDAVIT

I, ___Anthony Boykin___ do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts:

I submitted to Grievance office counselor
Pat Hasting a letter requesting he respond to
the Grievance submitted 2-9-08: I mailed the
same letter and Grievance to Director Walker with
the same Grievance that I am submitting to the
law library to be E-filed. That On 12-14-07
C/o Davis Personally told me inmate who assaulted
me on 12-14-07 told C/o Davis everything except feces
was thrown on me. On 12-14-07 C/o Davis gave
me and the inmate who assaulted me Magic shave
while we were in our cells before we got in the shower.
It is against Policy to give inmates magic shave
until after they are in the shower to prevent magic
shave from being mixed and thrown into other Persons
faces. I have been Personally told by officers at
Pontiac the will not issue or write disciplinary tickets if
they witness any substances thrown on inmates by other
inmates. I am afraid for my safety each and everytime
I walk out of my cell. My request to be moved to a
Gallery with Plexiglass doors have been denied.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of
perjury, that everything contained herein is true and accurate to the best of my knowledge
and belief. I do declare and affirm that the matter at hand is not taken either frivolously or
maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this ___6___ day of ___March___, 200_8_.

___Anthony R. Boyk___

**Affiant**

DEPARTMENT OF CORRECTIONS

## Offender Disciplinary Report

PONTIAC
Facility

Date: 2-29-08

| Type of Report: | |
|---|---|
| ☐ Disciplinary | ☐ Investigative |

Offender Name: _Johnson_    ID #: B84676

Observation Date: 2-29-08    Approximate Time: 9⁰⁵ ☐ a.m. ☑ p.m.    Location: NCH 517

Offense(s) DR 504: 102 ASSAULTING ANY PERSON

**Observation:** (NOTE: Each offense identified above must be substantiated.) ON THE ABOVE DATE AND TIME THIS C/O WAS ESCORTING OFFENDER COLE FROM CELL 510 TO A SHOWER CELL. AS THIS C/O ESCORTED OFFENDER BY CELL 517 OCCUPIED BY INMATE JOHNSON B84676, OFFENDER JOHNSON SPIT OUT HIS DOOR AND HIT OFFENDER COLE ON HIS RIGHT CHEEK. THIS C/O PLACED OFFENDER COLE IN A SHOWER CELL. THIS C/O NOTIFIED LT SEIPP OF THE INCIDENT. OFFENDER JOHNSON WAS I.D. BY GALLERY CHART IN NORTH CELL HOUSE CAGE. OFFENDER JOHNSON AND COLE ARE BOTH HOUSED ON GALLERY 5 OF NORTH CELL HOUSE AND WHERE THIS OFFICER WAS ASSIGNED FOR FEB 29, 2008. EOR

Witness(es): _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Zimmerman | 945 | _(signature)_ | 2-29-08 | 950 | ☐ a.m. ☑ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

Printed Name and Badge # _____    Shift Supervisor's Signature _(For Transition Centers, Chief Administrative Officer)_    Date _____

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☑ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

_(signature)_ Print Reviewing Officer's Name and Badge #    _(signature)_ Reviewing Officer's Signature    2/29/08 Date

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

Cmelvin 3453    _(signature)_ Cmelvin    3-01-08

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign    _____    _____
    Offender's Signature    ID#

_(signature)_ G. Kahl    1089S    _(signature)_
Serving Employee (Print Name)    Badge #    Signature

3-7-08    4/00 ☐ a.m. ☑ p.m.
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____    _____
Offender's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

_____    _____    _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page _____ of _____

Distribution:    Master File
    Offender

Printed on Recycled Paper    DOC 0317 (Rev. 2/2007)