E-FILED
Monday, 17 March, 2008 02:23:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY R. BOYKIN<br>Plaintiff<br>VS.<br>GO DAVIS, et. al.<br>Defendants | PLAINTIFFS SUBMISSION OF GRIEVANCE 2-9-08 AND COUNSELORS RESPONCE/MEMORANDUM 3-12-08 AND LETTER TO ARB/INMATE AFFAIRS<br>1:08-CV-1060-HAB-JAG BOYKIN V. DAVIS |

Plaintiff, Pro se, respectfully submit the above entitled document to inform the court that all attempts have been made to exhaust the grievances prior to the hearings set for 4-16-08. This document is further made and based upon all prior pleadings, papers and documents herein.

CERTIFICATE OF SERVICE

I certify under penalty of perjury I mailed a true and correct copy of the above entitled document by mailing to Law Library this 13TH Day of 3, 2008 for E.filing

A. Boykin

FROM: A. Botkin #R55358 - N719
Re: Grievance # 2-9-08
To: [illegible] - Inmate Affairs

I recieved the enclosed grievance concerning 12-14-07. I submitted the grievance on 2-9-08. which was a Saturday. after recieving it via departmental mail. Technically The sixty (60) days were not up until 2-12-08. [illegible] days [illegible] after I submitted it. Also if the grievance was not submitted within the time frame, Counselor Guth would have submitted the Memorandum and would not have responded as he did. He would have said I did not submit the grievance within the time frame. Therefore I simply request) You guys respond however you guys wish. I have already submitted a lawsuit regarding this officers misconduct and grievance #046548 and a motion for Temporary Restraining Order request-ing) the Court Order Pontiac CC and all other institutions in Illinois That dont have steele doors or Plexiglass to prevent staff and inmates from being assaulted. Your responce would show Good faith on the IDOCs behalf for the hearing scheduled for 4-16-08. Thank you.

cc: My file
cc. Inmate Affairs / Springfield
original: Court - HAB-JAG

Section 504.810 filing of Grievances.

(a) A grievance shall be filed within 60 days after discovery of the incident, occurrence or problem that gives rise to the grievance. However If AN OFFENDER CAN DEMONSTRATE THAT A GRIEVANCE WAS NOT FILED TIMELY FOR GOOD CAUSE, THE GRIEVANCE SHALL BE CONSIDERED. I submitted it on 2-9-08, a weekend, 2-11-08 was a holiday. its not my fault the grievance allegedly got caught up in departmental mail. If it was not timely filed it Mr. Guths fault not mine.



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

**Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844**

**MEMORANDUM**

DATE: 3-12-08

TO: Boykin #R55358 Cell N719

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Attached Grievance: Other (2.9.08)

Date Received: 3-5-08

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor

_____ Use proper Committed Person's Grievance (DOC 0046)

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director)

X Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

_____ Issue has been previously addressed on _________. Nor justification for further consideration

_____ Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.)

_____ Address concems to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.)

_____ Other: ________________________________________

2114

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

**Date:** 2-9-08 **Committed Person:** (Please Print) A. Boykin **ID#:** 255358

**Present Facility:** Pontiac **Facility where grievance issue occurred:** Pontiac

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ Other (specify): ____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___ Date of Report ____ Facility where issued

MAR 5 2008
Pontiac Corr. Ctr.
Grievance Off.

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 12-14-07 inmate Rasho Ashoor # B38970 got some magic shave from Co Davis while in his cell. Inmate Ashoor the mixed the magic shave with urine, feces, magic shave, blood and semen which he threw in my face burning my right eye. magic shave is a toxic substance as defined by the orientation manual. According to Warden [redacted] magic shave is only to be given out to inmates once in the shower to prevent it from being mixed and thrown on inmates or staff. Co Davis violated Policy. I have witnesses that Co Davis violated Policies and feel disciplinary action should be taken and I am entitled to financial compensation. Also Ashoor has a violent assaultive history at Pontiac which makes Pontiac official liable. He should always be behind a steele door!

**Relief Requested:** $ 150,000 for the violation of my constitutional rights and injury to my right eye.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Anthony Boykin 255358 2/9/08
Committed Person's Signature ID# Date

cell made

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

**Date Received:** 2/14/08 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** This counselor has repeatedly tried to contact C/o Davis with no success. This counselor was told today (3/3/08) by the shift commander that C/o Davis will be on leave for another (2) weeks. To prevent any further delay in the grievance process, this counselor is returning the grievance to you. You may forward to the Grievance Officer if you wish.

Print Counselor's Name: Dennis Guth Counselor's Signature: Dennis Guth Date of Response: 3/3/08

**EMERGENCY REVIEW**

**Date Received:** ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___/___/___ Date