UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BOYKIN
Plaintiff
vs.
C/O DAVIS, et. al.,
Defendants

PLAINTIFF'S NOTIFICATION THAT ALL DEFENDANTS ARE SUED IN THIER OFFICIAL AND INDIVIDUAL CAPACITIES

CASE NO. 1:08-CV-1060-HAB-JAG
BOYKIN V. DAVIS et. al.

Plaintiff, Pro Se, hereby submit the above entitled document pursuant to merit review order of 3-4-08. The Initial Complaint E-FILED 2-3-08 does not indicate what capacity the named defendants are sued in. Therefore Plaintiff covers that base. This Notification is made and based on all Prior Pleadings, Papers and documents on file herein.

CERTIFICATE OF SERVICE

I certify under penalty of perjury I mailed a true and correct copy of this document to be E-Filed by sending to Law Library this 16th day of 3, 2008

Anthony Boykin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BOYKIN
    Plaintiff
VS
BEASLEY, et. al.,
    Defendants

PLAINTIFFS NOTIFICATION THAT ALL DEFENDANTS ARE SUED IN THIER OFFICIAL AND INDIVIDUAL CAPACITIES / SUBMISSION OF GRIEVANCE OFFICERS REPORT OF 11-21-07

CASE NO. 1:08-CV-1064-HAB-JAG
BOYKIN V. BEASLEY et. al.

Plaintiff, Pro Se, hereby submit the above entitled document pursuant to Merit Review Order of 3-12-08. ALL Defendants are sued in thier official and Individual Capacities. Plaintiff also submits the Grievance officers Report which is not on record with the initial complaint. This Notification / Submission is made and based on all Prior Pleadings, Papers and documents on file herein. The P.96 attached as Page 7 of the complaint shows the Director of Nursing official written statement is a lie.

CERTIFICATE OF SERVICE

I certify under penalty of perjury I mailed a true and correct copy of the this document to be E-Filed by sending to Law Library This 16th day of 3, 2008
with Grievance officers report

Anthony Boykin

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

**Date Received:** November 21, 2006   **Date of Review:** May 1, 2007   **Grievance #** (optional): 044387

**Committed Person:** Anthony Boykin   **ID#:** R-55358

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender grieves turning in a medical kite for attention regardin an earache on 11-08-06.

Facility Director of Nursing responds having read the grievance dated 11-19-06 and reviewing the applicable medical record. Director of Nursing indicates Offender Boykin is requesting to see an ENT specialist. On 11-19-06, CMT Beasley asked the offender to sign a P96 for sick call and he refused. Per Dr. Mahone on 12-08-06 he was seen on sick call 12-09-06. Hearing loss due to wax buildup. Drops ordered. Medical concerns are to be directed to the cellhouse CMT who will evaluate him for treatment or refer him if appropriate. Alternatively he may send a yellow "Medical Request" slip to the Health Care Unit Administration requesting medical services.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT based on the response of the facility Director of Nursing to the issue.

P.T. Hastings CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 4-30-07   ☒ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

Eddie Jones                                                        5-7-07
Chief Administrative Officer's Signature                           Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____   _____   _____
Committed Person's Signature   ID#   Date

Distribution: Master File; Committed Person            Page 1            DOC 0047 (Eff. 10/2001)
                                                                         (Replaces DC 5657)
Printed on Recycled Paper