UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY BOYKIN
  Plaintiff
VS
C/O DAVIS, et. al.,
  Defendants

PLAINTIFF SUBMISSION OF SUPPLEMENTED AFFIDAVIT IN SUPPORT OF MOTION FOR TRO
Grievances of 12-16-07 and 3-12-08
CASE NO. 1:08-CV-01060-HAB-JAG
BOYKIN V. DAVIS et al
LETTER TO COUNSELOR GUTH of 3-17-08 and Memo 3-17-08

Plaintiff, Pro Se, hereby submit the above entitled document and Emergency Grievance of 12-16-07 varifying Warden Jones who stated threats to my Person were not substantiated with regards to threats of being assaulted again. Also attached is the Grievance of 3-16-08 relevant to 3-12-08 varifying DNA tests were conducted regarding the assault of Plaintiff on 3-12-08. For the record, Plaintiff request the Court to take Judicial Notice that DNA tests are in fact a Part of Policy and Procedure when inmates are assaulted and there is no Penological justification for DNA test not being done on 12-14-07 as Warden Mathy alleged in the Memorandum dated 2-25-08 attached to this document. Lastly, attached is a copy of the letter to Counselor Guth dated 3-17-08 regarding the questionable alleged date the grievance of 2-9-08 was dated recieved by him. Plaintiff intends to prove without a doubt Counselor Guth recieved the Grievance dated 2-9-08 by Plaintiff inside time lines.

CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a true and correct original copies of Grievances I turned in dated 12-16-07 (Emergency), Regular Grievance 3-16-08; Letter to Counselor Guth dated 3-17-08 and Memorandum dated 3-17-08 from Counselor Guth by sending to Pontiac Law Library for E-Filing Pursuant to 28 USC 1746, 18 USC or 735 ILCS 5/1-109 and that matters herein is not taken frivolously or maliciously and taken in Good Faith. And Memorandum from Warden Mathy dated 2-25-08

Anthony Boykin
March 18, 2008



**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## MEMORANDUM

DATE:      February 25, 2008

TO:        Anthony Boykin, R55358
           N719

FROM:      Joseph V. Mathy
           Assistant Warden of Operations

SUBJECT:   Recent Correspondence

I reviewed the incident report and ticket concerning this matter. The liquid thrown on you was of unknown origin. Nowhere is it described as magic shave. Proper procedure was followed.

Joseph V. Mathy
Assistant Warden of Operations

JVM/kmb

xc:   File, Chron File

9



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

MEMORANDUM

DATE: 3/17/08

TO: Boykin R55358

FROM: Counselor Guth

SUBJECT: Letter received 3/17/08.

    Per your letter, I DO NOT put wrong dates on grievances. Why would I want to do that? I DO NOT CARE whether an offender wins a grievance or not. For one thing, I am not grieving an issue, for another, if the DOC has not followed the guidelines and the rules that they have instituted themselves, then a legitimate grievance issue should be addressed.
    You must be on 2 or 4 gallery in the NCH (where cable hook up is available) or assigned to the ECH or the WCH to have your audio-visual privileges restored. I do not know or really care about your legal rights in Nevada. As far as I am concerned, since you are being housed in Illinois, I am only concerned about your rights in Illinois.
    I do not know why there are no cameras in the NCH. Good idea though.

3/17/08

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 3-16-08  Committed Person (Please Print): A. Boykin  ID#: R55358
Present Facility: Pontiac  Facility where grievance issue occurred: Pontiac

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [x] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): safety-security
- [ ] Disciplinary Report: ___/___/___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 3-12-08 I was escorted past 747 by C/O Trainor when a liquid substance was propelled on to my left shoulder. C/O Trainor took my tan jumpsuit telling me DNA tests were being done on it. I do appreciate him telling me tests were being done which means DNA test should have been done on 12-19-07 when I was assaulted. In any event, I submitted an emergency grievance on 12-16-07 about my having been threatened with what happened on 3-12-08. Additionally, that Industrial Green Soap made in Crest Hill IL. is toxic. It can and has been used as chemical weapons by inmates throwing it on staff and inmates such as happened to me on 12-19-07 and

**Relief Requested:** ~~$150K, but~~ steele doors/plexiglass on all doors. The results of the DNA tests C/O Trainor said would/were being done relevant to 3-12-08

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature ___  ID# ___  Date ___
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 3/17/08
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Safety and security measures implemented for the safety of offenders and staff alike is an administrative decision. If DNA testing was done, you will need to request to be placed on sick call to be seen by a doctor concerning the test results.

Dennis Guth  Dennis Guth  3/17/08
Print Counselor's Name  Counselor's Signature  Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___  Date ___

Distribution: Master File; Committed Person  Page 1  DOC 0046 (Eff. 10/2001)

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

possibly on 3-12-08. Prison officials have a duty to protect prisoners from the violence at the hands of other prisoners. Since Pontiac officials have initiated correspondence with the County States Attorney and have had criminal charges filed against several inmates for throwing/spitting on staff and inmates, these same prison officials who refuse to have plexiglass or stelle doors placed on these cells to protect whoever is walking the gallery are deliberately indifferent to inmates health and safety if he knows that inmates face substantial risk of serious harm and disregards that risk by failing to reasonable measures about it. The United States Supreme Court (114 S.Ct 1970) "If for example, the evidence before a district court (which evidence is in Boykin v. Davis- 1:08-cv-1060-HAB-JAS) ~~the defendants~~ establishes that an inmate faces an objectively intolerable risk of serious ~~serious~~ injury, the defendants could not plausibly persist in claiming unawareness any more than prison officials who state during litigation that they will not take reasonable measures to abate an intolerable risk which they are aware could claim to be subjectively blameless for purposes of the Eighth Amendment, and in deciding whether an inmate has established a continuing constitutional violation a district court may take such developments into account. ~~~~ Nor may a prison official escape liability for deliberate indifference by showing that while he was aware of an obvious ~~~~ substantial risk to inmate safety, he did not know that I was especially likely to be assaulted by the specific inmate who eventually committed the assault. The question under the Eighth Amendment is whether prison officials, acting with deliberate indifference, exposed me to a sufficiently serious risk of serious damage to his future health. Just because prison officials consciously want to face the risk of constantly being assaulted does not mean I have to because "Being violently assaulted in prison is simply not" part of the penalty that criminal offenders pay for their offenses against society" It is criminal to allow antisocial, AIDS, HIV, HEPATITIS A,B, and C, infected persons to infect others by throwing their bodily fluids as well as mixing it with the green liquid soap onto me. The Green soap is given out regularly without any concern to me as far as it being used as a weapon. Are you people waiting for me to get permanently blinded or infected?

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

N-719

| | |
|---|---|
| Date: 12-16-07 | Committed Person: A. Boyken (Please Print) |
| ID#: R55358 | |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I was threatened with having magic shave and feces thrown on me next shower day because I allegedly had the inmate who threw it in my face yesterday noted. I would like this given to Lt. Sieb personally so he can move me behind a door with plexiglass on it to prevent any further injuries to me since the IDOC doesn't care. If I am not moved turn this in as an emergency grievance.
*COPY MADE*
Given to Golloyd

**Relief Requested:** Move me behind a plexiglass door and I want to talk to IA about being assaulted yesterday

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Anthony Boyk    Committed Person's Signature    R55358    ID#    12/16/07    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 12/17/07

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Cellhouse moves are a security division. I would suggest that you speak to your gallery officer concerning any concerns you may have pertaining to your safety. If you wish to speak to internal affairs, I would suggest you make this request in writing to them.

Dennis Auth    Print Counselor's Name    Dennis Auth    Counselor's Signature    12/17/07    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 12/20/07    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    12/24/07 Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff.10/2001) (Replaces DC 5657)
Printed on Recycled Paper