UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BOYKEN
Plaintiff

vs

C/O DAVIS, et.al.,
Defendants

No. 08-1060

PLAINTIFFS MOTION TO AMEND

Plaintiff, Pro Se, hereby submit the foregoing Plaintiffs Motion to Amend. This Motion is made and based upon F.R.C.P 15 as well as all other Prior Pleadings, Papers and documents) on file herein. This Motion is further made on the applicable Points and Authorities.

## I.
## POINTS AND AUTHORITIES

Pursuant to F.R.C.P 15 Plaintiff is allowed to Amend his Complaint once as a matter of law without leave of the Court. Plaintiff respectfully attaches the Amended Complaint. Starting on Page two 2.

### CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a true and correct copy of this document to Pontiac CC Law Library for E-filing this 23rd day of April 2008

Anthony R. Boyk

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BOYKIN
    Plaintiff
    vs
C/O DAVIS, et.al.,
    Defendants

No. 08-1060
AMENDED COMPLAINT

Comes Now Plaintiff, Pro Se to Amend the Complaint. As already alleged, but not articulated a fourteenth Amendment claim, Plaintiff articulates that claim below and to allege additional claims stemming from defendant(s) John/Jane Doe not having inmates with known histories of assaults placed in a more secure area to prevent assaults.

Plaintiff alleges that the inmate who assaulted Plaintiff on 12-14-07 has a history of Assaulting staff prior to Assaulting Plaintiff and is or has been charged criminally for that Assault.

Plaintiff alleges that the staff member responsible for classifying known assaultive inmates in higher security areas such as behind Plexiglass doors or behind steele doors contributed) to Plaintiff being assaulted. Plaintiff alleges that whoever is responsible for removing inmates from behind steele doors or Plexiglass doors to prevent known assaultive inmates from assaulting Plaintiff violated Plaintiff's 8th Amendment Right to be free from cruel and Unusual Punishment as Count II.

Plaintiff alleges that defendant Davis violated Plaintiff's 14TH Amendment Rights to Due Process by giving the inmate the Magic Shave in violation of Policy and Procedure as verified by Exhibit "A" a

2

Rite submitted to Glo Madrigal on 2-17-08 which speaks for itself. Since Glo Davis violated this policy he violated Plaintiff's 14th Amendment right to due process by giving the magic shave to the inmate while the inmate was in his cell.

The reason inmates are only to get magic shave in the shower is to prevent assaultive inmates from using it as a chemical weapon as was done on 12-14-07. Exhibit "B" is a response from Warden Mathy alleging proper policy was followed. Plaintiff is unclear what proper procedure Mr. Mathy is speaking about. Several inmate witnesses can and will testify that Glo Davis gave magic shave out while they were in their cells on 12-14-07. For Mr. Mathy to allege the liquid thrown on Plaintiff is of unknown origin does not mean it wasn't magic shave, blood, semen, feces and soap. Exhibit "C" of the Orientation manual tells offenders steps to prevent infection. Plaintiff alleges that prison administrator(s) invite possible infections by not placing plexiglass on the doors as well as not classifying known assaultive inmates behind steele doors or plexiglass doors who demonstrate they will assault staff and inmates whenever they want. Sometimes they are referred for criminal prosecution to the County States Attorney. Most of the time these inmates are not. Especially when they assault inmates. Plaintiff alleges that supervisory officials failure to put plexiglass on doors just as Galleries One and 3 in North Cell House is equivalent to criminal recklessness. Defendants

3

have only encouraged assaultive inmates to continue to assault staff and inmates by not keeping them on Galleries One and three or transferring them to higher security facilities. The best course of action as far as supervisory officials go is to let the inmates do whatever they want. It disturbs Plaintiff that the court denied Plaintiffs Motion for TRO. Its saying Prison officials can ignore the risks Plaintiff and all inmates in his position face each time we walk out our cells. Attached is a Notice of Appeal to the Seventh Circuit Court of Appeals for a ruling to be made during the legal action regarding class certification and TRO. Its impossible for supervisory officials not to know the high rate of inmates and staff having unknown substances thrown on them which makes them liable.

In closing, Counselor Hasting apparently thinks Plaintiff does not know that Counselor Guth was not at work which is why the Grievance was not responded to prior to 2-14-08. Its another example of how prison officials will attempt to protect other prison officials. The discovery will show that Mr. Guth was not at work or violated Policy by not alleging Plaintiff was not within the time frames. Mr. Guth sign in sheet will show if he was at work or not since he refused to respond to Plaintiffs kite about why Mr. Guth put 2-14-08 on the grievance. The kite of 3-17-08 is on record.

4

## CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed to Pontiac Law Library to be E-filed Plaintiff's Motion To Amend, Amended Complaint and:

Exhibit "A" Ktr To S/o Madrigal dated 2-17-08
Exhibit "B" Memo dated 2-25-08 from AWO Mathy
Exhibit "C" Page 43 and 44 of offender Orientation Manual

This 23rd day of April, 2008.

5

TO: C/o Madrigal            2-17-08
From: A. Boykin, R55358-N719

Page 35 of the orientation at G states the Instructions for magic shave use. Could you please answer when are we supposed to get magic shave? This is so I can show for certain

2-17-08
I was told by a Lt. that Magic Shave is passed out when available on shower days, and when offender is placed in shower cell. To get something writing you must request it from a counselor.

Exhibit "A"              Madrigal 10008

Copy To: Attorney
Copy To: Aretha Walker
Copy To: Warden Jones



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## MEMORANDUM

DATE:      February 25, 2008

TO:        Anthony Boykin, R55358
           N719

FROM:      Joseph V. Mathy
           Assistant Warden of Operations

SUBJECT:   Recent Correspondence

I reviewed the incident report and ticket concerning this matter. The liquid thrown on you was of unknown origin. Nowhere is it described as magic shave. Proper procedure was followed.

Joseph V. Mathy
Assistant Warden of Operations

JVM/kmb

xc:    File, Chron File

Exhibit "B"

f. Dental cleanings are available annually. An offender may request to have his name placed on the clean log nine (9) months after the last cleaning appointment. The waiting time on the clean log is approximately 3 months.

7. **AIDS**

The Acquired Immune Deficiency Syndrome (AIDS) is an illness caused by a virus that attacks the immune system that is the body's natural defense against disease. Damage to the immune system leaves the body vulnerable to secondary illnesses that can be fatal. The virus that causes AIDS is called the Human Immunodeficiency Virus or HIV. This virus attacks and apparently destroys a certain kind of white blood cell called a T lymphocyte or "helper" cell. When the number of T lymphocytes is reduced, the immune system does not work well.

a. HIV may be present in the body for a short or long time before illness is diagnosed. Early symptoms may include such things as:

- Extreme fatigue
- Fever and night sweats
- Rapid and unexplained weight loss
- Enlarged lymph glands in the neck, armpits, or groin
- Chronic diarrhea

b. The following illnesses are associated with the development of AIDS:

- Pneumocystis carinii pneumonia
- Kaposi's sarcoma
- Lymphomas
- Toxoplasmosis
- Cryptococcosis
- Others

c. AIDS is **not** highly contagious. It is primarily spread by sexual contact and through the use of contaminated needles, especially when needles are shared to inject drugs. HIV can also be transmitted from an infected mother to her baby at or around the time of birth.

d. HIV infection can be reduced by practicing safe sex with a condom, not having sex with persons know to be infected with HIV, and by not using intravenous drugs.

e. If ever a person has potential contact with the AIDS virus especially in the form of blood contact, the Health Care Unit will provide for blood testing over intervals during a nine (9) month period (time of exposure: baseline 3 months, 6 months, and 9 months) to determine if an infection has occurred.

f. The Health Care Unit will monitor offenders who are at high risk to develop AIDS or are known to be infected with the AIDS virus. Medical treatment will be instituted whenever the condition warrants. Though there is still no cure for AIDS, there are treatments that can have a beneficial effect on the progress of the disease.

8. **Training and Counseling on Communicable Diseases**

a. Health Care Unit staff is available to provide counseling and informational handouts on the communicable diseases listed below to both employees and offenders.

43

- Viral Hepatitis A
- Viral Hepatitis B
- Viral Hepatitis C
- Pubic Lice or "Crabs"
- Syphilis
- HIV

b. Offenders should submit a Medical Request Form through the institutional mail addressed to the Director of Nursing. Arrangements will be made to provide information and answer any questions.

9. **Steps to Prevent Infection**

To combat the spread of infectious diseases, all Illinois Department of Corrections offenders **must** follow the eight "Steps to Prevent Infection".

a. **Follow Universal precautions**

Treat blood, semen, saliva in dental procedures, and any body fluid that is visibly contaminated with blood as infectious. Where it is difficult or impossible to differentiate between body fluids, the fluids should be considered infectious.

b. **Always Wash Your Hands**

All skin surfaces should be washed with soap and water immediately after direct contact with blood or body fluids, after removing gloves or after handling potentially contaminated items. This is the single **most important personal/occupational hygiene practice** that can prevent infection from blood borne disease.

c. **Keep skin, Wounds, Scrapes, and Sores Covered with a Protective Dressing**

d. **Dispose of Sharps Properly**

Diabetics will place used needles in a puncture-resistant container.

e. **Practice good Housekeeping**

Clean up blood and body fluids promptly while wearing latex gloves. Use soap and water to cleanse followed by disinfectant with a 1:100 solution of household bleach and water (1/4 cup bleach per gallon of water).

f. **Dispose of Waste Properly**

Any disposable item that becomes contaminated must be placed in a leak-proof bag and placed in a covered biohazard container. Know where the biohazard containers are located in your facility. Contaminated laundry should be handled, transported and washed with special care.

g. **Know the Storage Location of Personal protective Equipment (Gowns, Gloves, Goggles, and Masks**

They must be readily accessible and used as required.

44

Exhibit "C"