UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony R Boykin
Plaintiff
vs
c/o Davis et. al.,
Defendants

NO. 08-1060

PLAINTIFFS SECOND INTERLOCUTORY NOTICE OF APPEAL OF PLAINTIFFS MOTION FOR TRO AND MOTION FOR CLASS CERTIFICATION/ MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Pro Se, respectfully submits the above entitled document for the District Court to submit to the Seventh Judicial District Court. Attached is Exhibit "A", the first "PLAINTIFFS INTERLOCUTORY NOTICE OF APPEAL OF PLAINTIFFS MOTION FOR TRO AND MOTION FOR CLASS CERTIFICATION/ MOTION FOR APPOINTMENT OF COUNSEL" initially sent to the law library on 4-23-08. The District Court has not sent Plaintiff a copy of this document. Additionally the counselor has submitted to Plaintiff a Grievance submitted 4-24-08 responded to by counselor Guth on 5-1-08. For some reason the Law Library did not E-file Exhibit "A". Exhibit "B" is the Grievance mentioned. Plaintiff at this time notifies this Honorable Court that the person responsible for E-filing documents is or at least has on the occasion of 4-23-08 not E-filed Plaintiffs legal document and has been delaying returning Plaintiffs E-filed copy per the guidelines. Attached is Exhibit "C" Plaintiffs Affidavit. The next time Plaintiff has a problem with the law library E-filing documents Plaintiffs intents on filing a Motion for Sanctions.

CERTIFICATE OF SERVICE

I certify under penalty of perjury I mailed this document with Exhibits "A", "B" and "C" to Pontiac Correctional Center Law Library for E-filing this 1st day of May, 2008

Anthony R Boykin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BOYKIN, Plaintiff
vs
C/O Davis, et.al., Defendants

No. 08-1060

PLAINTIFFS INTERLOCUTORY NOTICE OF APPEAL OF PLAINTIFFS MOTION FOR TRO AND MOTION FOR CLASS CERTIFICATION (Motion for Appointment) of Counsel)

Plaintiff, Pro Se, respectfully submit the above entitled document pursuant to F.R.C.P. Plaintiff is not sure which F.R.C.P. designates this right to Appeal to the 7th Circuit for District Court Rulings of this Magnitude. This Motion is further made and based on all Prior Pleadings, Papers and documents on file herein

## CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a true and correct copy of this document to Pontiac Law Library to be E-filed this 23rd day of April, 2008

Anthony R. Boykin

Exhibit "A"

N719

## ILLINOIS DEPARTMENT OF CORRECTIONS
### COMMITTED PERSON'S GRIEVANCE

**Date:** 4-24-08
**Committed Person (Please Print):** A. Boykin
**ID#:** R55358

**Present Facility:** Pontiac
**Facility where grievance issue occurred:** Pontiac

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I turned in a mannilla envelope addressed to the law library for Electronic filing on 4-23-08 regarding two (2) seperate cases I have in current litigation. The law library has not returned my copies. Its not a weekend and its not a holiday. I know how many pages I submitted

**Relief Requested:** I request my copies varifiing my documents were electronically filed

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Anthony R Boykin* — Committed Person's Signature
**ID#:** R55358
**Date:** 4/24/08

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 4/28/08
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per the Law Library, 34 pages were E filed for you on 4/25/08. (2) motions to amend complaint and a objection to Order denying a Liability.

*Dennis Guth* — Print Counselor's Name
*Dennis Guth* — Counselor's Signature
**Date of Response:** 5/1/08

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Exhibit "B"

Chief Administrative Officer's Signature _____ Date ___/___/___

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff.10/2001)

STATE OF ILLINOIS

COUNTY OF LIVINGSTON

AFFIDAVIT OF PLAINTIFF

I certify under all applicable laws of the State of Illinois that I submitted to the Pontiac Law Library Plaintiff's Interlocutory Notice of Appeal of Plaintiff's Motion for TRO and Motion for Class Certification/Motion for Appointment of Counsel for E-filing with 4-23-08. I further state that the District Court has not sent me a copy that the document was filed. I respectfully request the District Court to file both of Plaintiff's Notice's of Appeal to the Seventh Judicial District Court.

Signed this 1st day of May 2008

Anthony Bosh

Exhibit "C"