TO: John M. Waters, Clerk, U.S. District Court
United States District Court
309 U.S. Courthouse
100 N.E. Monroe
Peoria IL, 61602

FILED
JUN - 3 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: Boykin v. Davis 1:08-cv-1060
Boykin v. Beasly 1:08-cv-1064

The Court issued orders on 4-18-08 for the defendants to answer within the time prescribed by Local Rules in both cases. I also have not gotten the Scheduling Order or the date setting the Rule 16 conference. I was transferred to Menard on 5-6-08. I mailed a Notice of address change on 5-16-08, but the mailroom here did not mail it out. My address is

Menard CC
P.O. Box 711
Menard IL. 62259.

I also request the name of the States attorney representing the clients/defendants Please.

CERTIFICATE OF SERVICE

I certify under penalty of perjury I mailed a true and correct copy of this to:

John M. Waters
Clerk, U.S. District Court