U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY R. BOYKIN<br>Plaintiff<br>VS.<br>KAREN BEASLEY, et. al.,<br>Defendants | Case N: 1:08-cv-1060<br>PLAINTIFF'S MOTION FOR<br>DEFAULT JUDGMENT |

Plaintiff, Pro Se, submit Plaintiff's Motion for Default Judgment pursuant to Fed. R. Civ. P 55(a)(b) and cci. This motion is made and based on all prior pleadings, papers and documents herein and affidavit of Plaintiff.

STATEMENT OF THE CASE

On 4-18-08 Your honor issued a Order for Prisoner Scheduling order to be entered setting a Rule 16 Conference and for defendants to file an answer pursuant to Federal Rule 15(a). As of the filing of this Motion Plaintiff has recieved neither.

### Affidavit of Plaintiff

I certify under Penalty of Perjury I have not recieved from defendants any response to the complaint and I have not gotten any scheduling order from the court clerk or from Pontiac C.C. or Menard C.C.

### CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a copy of this to:
Court Clerk 109 N.E. Monroe Street, Peoria IL, 61602
Lisa Madigan 100 W. Randolph St. 12th floor
Chicago, IL, 60601

Anthony Boykin
6-8-08

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| ANTHONY R. BOYKEN | CASE NO. 1:08-CV-1060 |
| Plaintiff | |
| VS | PLAINTIFFS MOTION FOR |
| C/O DAVIS, et. al., | DEFAULT JUDGMENT |
| Defendants | |

Plaintiff, Pro Se, submit Plaintiffs Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(a)(b) and (c). This Motion is Made and based on all Prior Pleadings, Papers and documents on file herein and affidavit of Plaintiff.

STATEMENT OF THE CASE

On 4-18-08 your honor issued a Order for Prisoner Scheduling Order to be entered setting a Rule 16 Conference and for defendants to file an answer Pursuant to Federal Rule 15(a). As of the filing of this Motion Plaintiff has received neither.

AFFIDAVIT of PLAINTIFF

I certify under Penalty of Perjury I have not received from defendants any response to the complaint and I have not gotten any scheduling Order from the court clerk or from Pontiac C.C. or Menard C.C.

CERTIFICATE of SERVICE

I certify under Penalty of Perjury I mailed a copy of this to:

Court clerk, 109 N.E. Monroe Street, Peoria, IL, 61602

Lisa Madigan, 100 W. Randolph Street 12th Floor

Chicago, IL, 60601

Anthony Boyken

60601

COMPLAINT AGAINST JUDGE AND JUDICIAL DISCIPLINE — Re: Boykin v. Bainbridge
3:06-CV-11

Anthony R. Boykin, comes before the Chief Judge pursuant to Sections 351(a)(b) and Section 352 (a), regarding the actions of Magistrate Judge assigned to case No. 3:06 cv-11 Boykin v. Bainbridge.

The Magistrate Judge has recieved alleged DVD which he admited on record that allegedly shows me telling a nurse to get away from my door on 10-26-05. That's impossible! I have not been able to review this alleged DVD in order to identify and name all staff that were present to name them as defendants per F.R.C.P 15. The Magistrate Judge has denied my motion to Amend and has ruled that I cannot use the DVD for discovery. I have also submitted for transcripts of the hearing which has not been responded to as well as a Motion for Sanctions against the attorney generals office for allegedly submitting false evidence to the Court. It appears to me that the Magistrate Judge is biased and should be taken off this case and have the Court order the NDOC to transfer me back to Nevada so I can see those DVD tapes, get access to my medical records prior to the trial as I have a prospective attorney who may represent me if what i've discussed with this attorney is true.

CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a true and correct copy of Complaint Against Judge And Judicial Discipline was mailed to:
Court Clerk, 400 S. Virginia Street
Reno, NV. 89501

Anthony R. Boyka
6-8-08

## COMPLAINT AGAINST A JUDGE

Dear Court Clerk, I would like this formal complaint and Judicial Discipline submitted to the Chief Judge Pursuant to Sections 351(a)(b) and 352(c) regarding the actions of the Judge in Case No. 108 CV 1064 Boykin v. Beasley and 108 CV 1060 Boykin v Davis because I have submitted all requested documents yet I have not been provided with a scheduling order in either of these cases and have not been notified of any actions taken by the court since the orders of 4-18-08. I am Prejudiced by the inactions of this Judge.

## CERTIFICATE OF SERVICE

I certify under Penalty of Perjury I mailed a true and correct copy of this to Court Clerk 100 N.E. Monroe Street Peoria IL 61602.
This 8th day of June 2008

A. Boykin

cc: my file